AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>KELLEHER, Robert J. | 2. Court or Organization<br><br>US District Court, Central District of California | 3. Date of Report<br><br>03/28/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>255 East Temple Street<br>Suite 1434<br>Los Angeles, California 90012 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Committee | United States Tennis Association |
| 2. | Member, Executive Committee | Southern California Tennis Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 03/28/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KELLEHER, Robert J.** | 03/28/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House, Oceanside, California Appraisal 12/5/07 | B | Rent | P1 | Q | | | | | |
| 2. Bank of America | | None | J | T | | | | | |
| 3. Southland Credit Union | A | Interest | J | T | | | | | |
| 4. Duffer Corp. | | None | J | T | | | | | |
| 5. Schwab U.S. Treasury Money Fund | A | Interest | K | T | | | | | |
| 6. Conoco Phillips | A | Dividend | | | Sold | 10/03/11 | J | | |
| 7. Emerson Electric | A | Dividend | J | T | | | | | |
| 8. FPL Group Inc. | A | Dividend | | | Sold | 02/10/11 | J | | |
| 9. Microsoft Corp. | A | Dividend | | | Sold | 04/19/11 | J | | |
| 10. Nestle SA Reg. B | A | Dividend | | | Sold | 09/09/11 | J | | |
| 11. Procter & Gamble | A | Dividend | J | T | | | | | |
| 12. Fed. Farm Cr BK 3.87% 10 notes due 07/28/10 | A | Interest | | | Sold | 01/04/11 | L | | |
| 13. Fed. Farm Cr BK 3.45% 12 notes due 05/16/12 | A | Interest | | | Sold | 01/04/11 | K | | |
| 14. US Treas Bill 07/31/08 | A | Interest | | | Sold | 01/04/11 | K | | |
| 15. US Treas Bill 01/29/09 | A | Interest | | | Sold | 01/04/11 | K | | |
| 16. US Treas Bill 03/26/09 | A | Interest | | | Sold | 01/04/11 | K | | |
| 17. US Treas Bill 05/28/09 | A | Interest | | | Sold | 01/04/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 10

**Name of Person Reporting**

KELLEHER, Robert J.

**Date of Report**

03/28/2012

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. US Treas Bill 11/19/09 | A | Interest | | | Sold | 01/04/11 | L | | |
| 19. Honeywell International | A | Dividend | | | Sold | 09/22/11 | J | | |
| 20. US Treas Bill 02/25/10 | A | Interest | | | Sold | 01/04/11 | L | | |
| 21. Visa Inc. Cl. A | A | Dividend | K | T | | | | | |
| 22. Fed. Natl. Mtg. 2.25% notes due 3/02/17 | A | Interest | | | Sold | 01/04/11 | J | | |
| 23. Aflac, Inc. | A | Dividend | | | Sold | 09/12/11 | J | | |
| 24. American Tower Corp. Class A | A | Dividend | | | Sold | 12/23/11 | K | | |
| 25. Enterprise Products Partners | A | Distribution | K | T | | | | | |
| 26. Seadrill Ltd. | A | Dividend | J | T | Buy | 10/07/11 | J | | |
| 27. Albemarle Corp. | | None | J | T | Buy | 09/16/11 | J | | |
| 28. Albemarle Corp. | | None | | | Sold | 12/19/11 | J | | |
| 29. Amphenol Corp. Class A | | None | K | T | Buy | 09/26/11 | K | | |
| 30. Bristol Myers Squibb Co. | B | Dividend | K | T | Buy | 01/05/11 | K | | |
| 31. Baker Hughes Inc. | A | Dividend | | | Buy | 01/04/11 | K | | |
| 32. Baker Hughes Inc. | | None | | | Sold | 09/21/11 | K | | |
| 33. Bank of America Corp. | A | Dividend | | | Buy | 01/04/11 | K | | |
| 34. Bank of America Corp. | | None | | | Sold | 07/12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Broadcom Corp. Cl A | A | Distribution | | | Buy | 01/04/11 | K | | |
| 36. Broadcom Corp. Cl A | | None | | | Sold | 12/05/11 | K | | |
| 37. Cash America Int. Inc. | A | Dividend | | | Buy | 04/14/11 | K | | |
| 38. Cash America Int. Inc. | | None | | | Sold | 09/23/11 | K | | |
| 39. Caterpillar Inc. | A | Dividend | | | Buy | 09/16/11 | J | | |
| 40. Caterpillar Inc. | | None | | | Sold | 11/23/11 | J | | |
| 41. Centurylink Inc. | | None | | | Buy | 10/12/11 | K | | |
| 42. Centurylink Inc. | | None | | | Sold | 11/21/11 | K | | |
| 43. Coach Inc. | A | Dividend | | | Buy | 01/04/11 | J | | |
| 44. Coach Inc. | | None | | | Sold | 12/13/11 | J | | |
| 45. Conagra Foods Inc. | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 46. Costco Wholesale Corp. New | | None | K | T | Buy | 12/23/11 | K | | |
| 47. Cummins Inc. | A | Dividend | J | T | Buy | 01/06/11 | J | | |
| 48. Dollar Tree Inc. | | None | K | T | Buy | 11/29/11 | K | | |
| 49. Expeditors Intl of Wash Inc. CGMI and/or affiliates | | None | K | T | Buy | 01/13/11 | K | | |
| 50. Expeditors Intl of Wash Inc. CGMI and/or affiliates | | None | | | Sold | 04/28/11 | K | | |
| 51. Handy & Harman Ltd. | | None | J | T | Buy | 03/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Immunogen Inc. CGMI and/or its affiliates | | None | K | T | Buy | 01/04/11 | K | | |
| 53. Immunogen Inc. CGMI and/or its affiliates | | None | | | Sold | 04/12/11 | K | | |
| 54. IShares Silver Trust | | None | | | Buy | 01/10/11 | J | | |
| 55. IShares Silver Trust | | None | | | Sold | 05/04/11 | J | | |
| 56. JP Morgan Chase & Co. | A | Dividend | K | T | Buy | 01/06/11 | K | | |
| 57. Macerich Company | A | Distribution | | | Buy | 01/04/11 | J | | |
| 58. Macerich Company | | None | | | Sold | 08/10/11 | J | | |
| 59. Mattel Inc. DE | A | Dividend | L | T | Buy | 01/13/11 | L | | |
| 60. McDonalds Corp. | B | Dividend | K | T | Buy | 01/06/11 | K | | |
| 61. Mead Johnson Nutrition Co. | A | Dividend | | | Buy | 01/10/11 | K | | |
| 62. Mead Johnson Nutrition Co. | | None | | | Sold | 10/03/11 | K | | |
| 63. New York Community Bancorp | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 64. Nestle S A Sponsored ADR | A | Distribution | | | Buy | 01/04/11 | J | | |
| 65. Nestle S A Sponsored ADR | | None | | | Sold | 09/09/11 | J | | |
| 66. Nike Inc. Cl B | A | Dividend | K | T | Buy | 01/06/11 | K | | |
| 67. Qualcomm Inc. | | None | K | T | Buy | 12/05/11 | K | | |
| 68. Schlumberger Ltd. | A | Dividend | | | Buy | 01/06/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 03/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schlumberger Ltd. | | None | | | Sold | 12/13/11 | J | | |
| 70. SPDR Gold TR Gold SHS JP1702 | | None | | | Buy | 10/05/11 | K | | |
| 71. SPDR Gold TR Gold SHS JP1702 | | None | | | Sold | 12/13/11 | K | | |
| 72. United Health Group Inc. | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 73. Verizon Communications | A | Dividend | J | T | Buy | 04/26/11 | K | | |
| 74. Visa Inc. Com Cl A | A | Dividend | | | Buy | 01/04/11 | J | | |
| 75. Visa Inc. Com Cl A | | None | | | Sold | 04/26/11 | J | | |
| 76. VMWare Inc | | None | | | Buy | 01/20/11 | J | | |
| 77. VMWare Inc | | None | | | Sold | 04/26/11 | J | | |
| 78. Wal-Mart Stores Inc. | A | Dividend | J | T | Buy | 01/04/11 | J | | |
| 79. Wynn Resorts Ltd CGMI and/or its affiliates | | None | K | T | Buy | 01/04/11 | K | | |
| 80. Wynn Resorts Ltd. CGMI and/or its affiliates | | None | | | Sold | 01/20/11 | K | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 03/28/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - Investments and Trusts:

Line 1 - House, Oceanside, California, Appraisal 12/05/07.

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 03/28/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. KELLEHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544